UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DALRON HARRIS #195462,

    Petitioner,

v.                                         Case No. 2:05-cv-58
                                      HON. R. ALLAN EDGAR
GERALD HOFBAUER,

    Respondent.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered this date;

IT IS HEREBY ORDERED that the Petitioner's application is DISMISSED pursuant to Rule 4.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED as to each issue raised by the Petitioner in this application for habeas corpus relief for the reasons enumerated in the Opinion and Order Approving the Magistrate Judge's Report and Recommendation and dismissing this action.

Dated:     8/22/05                                            */s/ R. Allan Edgar*
                                                                  R. ALLAN EDGAR
                                                                  UNITED STATES DISTRICT JUDGE